JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

JAVIER MANCILLA LUNA,                )      Case No. EDCV 11-00758-MLG
                                     )
               Plaintiff,            )      JUDGMENT
                                     )
        v.                           )
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of the                  )
Social Security Administration,      )
                                     )
               Defendant.            )
_____)

   **IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: March 13, 2012

                                    _____
                                    MARC L. GOLDMAN
                                    United States Magistrate Judge